PER CURIAM.—The legal questions involved in the present case are precisely the same as those in the case of *Brooks* v. *Kerby, ante,* p. 194, 60 Pac. (2d) 1074, just decided.

On the authority of that case, the alternative writ of *mandamus* heretofore issued is made peremptory, and the defendant is directed to issue a certificate of nomination as an independent candidate for the office of tax commissioner to the plaintiff.

[Civil No. 3815. Filed October 5, 1936.]

[60 Pac. (2d) 1119.]

FRANK LUKE, Plaintiff, v. JAMES H. KERBY, as Secretary of State, Defendant.

Mr. Emmet M. Barry, for Plaintiff.

Mr. John L. Sullivan, Attorney General, and Mr. W. Francis Wilson, Assistant Attorney General, for Defendant.

PER CURIAM.—The legal questions involved in the present case are precisely the same as those in the case of *Brooks* v. *Kerby, ante,* p. 194, 60 Pac. (2d) 1074, just decided.

On the authority of that case, the alternative writ of *mandamus* heretofore issued is made peremptory and the defendant is directed to issue a certificate of nomination as an independent candidate for the office of tax commissioner to the plaintiff.